8-17-15

Court of Criminal Appeals
201 W. 14th St. Rm 106 78701
P.O Box 12308
Austin, Texas 78711-2308
C/o Clerk of Court          RE: No. 03-14-00407-CR

Dear Clerk,

In the Above assigned court of Appeals number, I need to know the disposition on Petitoners Motion for Extension of Time", on Are About the 4th week of July 2015. I am nearing a deadline and don't see myself finishing without the 20 days requested. I was awaiting file and court records but they've yet to Arrive.

Respectfully submitted,

Jerryl Darwin Robinson
#1989741

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 21 2015

Abel Acosta, Clerk

## Certificate of Service

I, Jerryl Darwin Robinson, Court of Appeals Number 03-14-00407-CR Do Swear that A letter to the Clerk of the Criminal Court of Appeals, Requesting what was the disposition of his Motion for Extension of 20 days time to prepare PDR before August 21, 2015 Deadline.

Signed on the 17th Day of August 2015

Court of Criminal Appeals
201 W. 14th st. Rm 106 - 78701
PO Box 12308
Austin, Texas 78711 - 2308
C/o Clerk of Court

Sincerely

Jerryl Darwin Robinson
#1938741